UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

STEPHANIE BAILEY,     Plaintiff,

v.     Civil Action No. 3:17-cv-350-DJH-RSE

UNITED RECOVERY SOLUTIONS, INC.,     Defendant.

\* \* \* \* \*

## DEFAULT JUDGMENT

Pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)     Judgment is entered in favor of Plaintiff Stephanie Bailey against Defendant United Recovery Solutions, Inc. in the amount of **$7,500.00**.

(2)     This action is **DISMISSED** with prejudice.

(3)     This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

July 30, 2018

*[signature]*

**David J. Hale, Judge**
**United States District Court**

1