UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

STEPHANIE BAILEY,     Plaintiff,

v.     Civil Action No. 3:17-cv-350-DJH-RSE

UNITED RECOVERY SOLUTIONS, INC.,     Defendant.

\* \* \* \* \*

# ORDER

Following entry of default judgment in her favor, Plaintiff Stephanie Bailey filed a motion for attorney fees and costs. (Docket No. 23; *see* D.N. 19) The Court referred that motion to Magistrate Judge Regina S. Edwards for report and recommendation. (D.N. 24) Judge Edwards issued her Report and Recommendation on October 23, 2018, recommending that Bailey be awarded costs and expenses totaling $766.00 and attorney fees totaling $3,132.50. (D.N. 25) The time for objections to the Report and Recommendation has now run, with no objections filed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the report and recommendation, the Court may adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Report and Recommendation of Magistrate Judge Regina S. Edwards (D.N. 25) is **ADOPTED** in full and **INCORPORATED** by reference herein.

(2) Bailey's motion for fees and costs (D.N. 23) is **GRANTED**. Defendant United Recovery Solutions, Inc. shall reimburse Bailey for her costs and expenses in the amount of **$766.00** and attorney fees in the amount of **$3,132.50**.

(3) All issues having been resolved, this matter is **STRICKEN** from the Court's docket.

December 4, 2018

**David J. Hale, Judge**
**United States District Court**